BENJAMIN B. WAGNER
U.S. Attorney
MICHELLE RODRIGUEZ
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 11-360-04-WBS |
| Plaintiff, | ) | |
| v. | ) | (Related Case CR. NO. 11-491-EFB) |
| | ) | |
| STEVEN BRENT ETHRIDGE, | ) | MOTION TO DISMISS CERTAIN |
| Defendant. | ) | COUNTS IN 11-360-WBS AND |
| _____ | ) | (~~proposed~~) ORDER |

**MOTION**

HEREBY, the United States moves that this Court enter an order, pursuant to Fed. R. Crim. Pro. 48(a), dismissing without prejudice only the following counts in 11-360-WBS and only as to defendant Steven Brent Ethridge:

**INDICTMENT**

| Count | Offense | Description |
|---|---|---|
| 1 | 18 USC 371 | Conspiracy (to commit bank fraud and possess stolen U.S. Mail) |
| 17 | 18 USC 1344(2) | Bank Fraud |
| 32 | 18 USC 1708 | Possession of Stolen U.S. Mail |

Before Magistrate Brennan, via another charging document (Information in CR 11-491-efb) and via plea agreement, defendant

Ethridge was convicted (on 12/5/11) and sentenced (on 2/27/12) for misdemeanor bank larceny in violation of 18 USC 2113(b) and 2.

DATED: 2/27/2012                      BENJAMIN WAGNER
                                      U.S. Attorney
                                              /s/Michelle Rodriguez
                                      By _____
                                      MICHELLE RODRIGUEZ
                                      Assistant U.S. Attorney

**ORDER**

The United States' motion to dismiss without prejudice Counts 1, 17, and 32 of the Indictment -- only as to Ethridge -- in the above referenced case, CR No 11-360-WBS, is GRANTED. By this Order (dismissal of felony charges), there is no effect on the misdemeanor convictions against defendant Ethridge in Magistrate Court.

DATED:    February 27, 2012

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE